**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 277 MAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| HIRAM LEBRON FIGUEROA, | : |
| | : |
| Petitioner | : |

**<u>ORDER</u>**

**PER CURIAM**

  **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.